IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY L. VOSS                                                         PLAINTIFF

v.                          No. 3:25-cv-31-DPM

DOLGENCORP, LLC                                            DEFENDANT

## JUDGMENT

Voss's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 August 2025